**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 9, 2009

Clerk, U.S. Bankruptcy Court

RE: John R. Turner
    Bankruptcy Case No. 1-06-01801
    Unclaimed Funds For: America's Servicing Co.
                             945 McKinney
                             Houston TX 77002

Dear Clerk:

   Enclosed herewith please find check No.751166 for $450.74 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                      Very truly yours,

                                        *Carol A. Kreider*

                                        Carol A. Kreider
                                        Funds Manager